IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

HARTFORD FIRE INSURANCE COMPANY, §
§
     Plaintiff,              §
§
v.                             §          1:25-CV-41-RP
§
HUNT CONSTRUCTION GROUP, INC.,  §
§
     Defendant.      §

## ORDER

Before the Court is the report and recommendation from United States Magistrate Judge Mark Lane concerning Defendant's Motion for Judgment on the Pleadings, (Dkt. 15 (public), Dkt. 17 (sealed)). (R. & R., Dkt. 31). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Lane issued his report and recommendation on January 21, 2026. (*Id.*). Defendant timely filed objections to the report and recommendation. (Objs., Dkt. 32).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendant timely objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Defendant's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge, (Dkt. 31), is **ADOPTED**.

Defendant's Motion for Judgment on the Pleadings, (Dkt. 17), is **DENIED**.

**SIGNED** on March 17, 2026.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE